**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00227-CV

**BO KYOUNG KIM AND SANG J. PARK, Appellants**

**V.**

**SOK SAN PAK AND SOO-KYUNG PAK, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00730-2008**

## ORDER

The Court has been informed that the bankruptcy stay that caused the Court to abate this case has concluded. We **REINSTATE** this case and **ORDER** appellants to file their brief within thirty days of the date of this order.

/s/  ELIZABETH LANG-MIERS
JUSTICE